Pamela Arnold Bassel
State Bar Number 01344800
Stephen G. Wilcox
State Bar Number 21454300
BASSEL & WILCOX, P.L.L.C.
P.O. Box 11509
Fort Worth, Texas 76110-0509
(817) 870-1140 Telephone
(817) 870-1181 Facsimile
pbassel@basselwilcox.com
swilcox@basselwilcox.com

ATTORNEY FOR MITSUBISHI MOTOR CREDIT OF AMERICA, INC.

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | | |
|---|---|---|
| IN RE: | § | |
| | § | |
| RICHARD & DEBRA VAN DE CARR, | § | CASE NO. 07-42086-DML-13 |
| DEBTOR. | § | |
| | § | |
| MITSUBISHI MOTOR CREDIT OF | § | |
| AMERICA, INC., | § | |
| MOVANT | § | |
| VS. | § | Motion to Reconsider Order Confirming |
| | § | Chapter 13 Plan: |
| RICHARD & DEBRA VAN DE CARR, | § | **NOT YET SET** |
| RESPONDENT. | § | |

**MOTION TO RECONSIDER ORDER CONFIRMING CHAPTER 13 PLAN**

TO THE HONORABLE FORT WORTH, U.S. BANKRUPTCY JUDGE:

COMES NOW, Mitsubishi Motor Credit of America, Inc.("Mitsubishi") and files this its Motion to Set Aside Order Confirming Chapter 13 Plan with regard to Richard & Debra Van de Carr ("Debtor") and for cause of action would respectfully show the Court as follows:

1. On or about July 12, 2007, Mitsubishi filed an Objection to Confirmation with regard to the 2002 Mitsubishi Montero, vehicle identification number JA4MW51R92J031863 objecting to the value and interest rate listed in the Debtor's Chapter 13 Plan.

2. On or about July 23, 2007, counsel for Debtor and counsel for Mitsubishi agreed on a value of $15,495.12 payable at 9.75% interest with payments beginning month one and continuing through month forty-eight. The signed worksheet was e-mailed to the Trustee on July 19, 2007.

3. On or about August 7, 2007, an Order Confirming Chapter 13 Plan was entered by the Court. Although the order correctly reflected the signed worksheet, the "monthly plan payments" were listed at $351.00 each which would not allow the claim to pay out over the forty-eight months. In order for the claim to pay out over forty-eight months, the "monthly plan payments" must be at least $391.00 each.

WHEREFORE, PREMISES CONSIDERED, Mitsubishi Motor Credit of America, Inc. prays for an Order of this Court:

1. Setting aside the Order Confirming Chapter 13 Plan and requiring the Debtor to make the changes previously agreed upon with regard to this vehicle; and

2. For such other and further relief, both general and specific, to which Mitsubishi may show itself justly entitled.

Respectfully submitted,

/s/ Pamela Arnold Bassel

Pamela Arnold Bassel
State Bar Number 01344800
Stephen G. Wilcox
State Bar Number 21454300
BASSEL & WILCOX, P.L.L.C.
P.O. Box 11509
Fort Worth, Texas 76110-0509
(817) 870-1140 Telephone
(817) 870-1181 Facsimile
pbassel@basselwilcox.com
swilcox@basselwilcox.com

ATTORNEY FOR MITSUBISHI MOTOR CREDIT OF AMERICA, INC.

**CERTIFICATE OF SERVICE**

This is to certify that a true and correct copy of the foregoing Motion to Reconsider Order Confirming Chapter 13 Plan was served by FIRST CLASS MAIL, POSTAGE PRE-PAID on:

Richard & Debra Van de Carr
9340 Mountain Lake Circle
Fort Worth, TX 76179

and ELECTRONICALLY FILED on:

Jason Miller
112 Goliad St.
Benbrook, TX 76126

Tim Truman
6851 N.E. Loop 820
Suite 300
Fort Worth, TX 76180-6608

Office of the U.S. Trustee
1100 Commerce, Room 9C60
Dallas, Texas 75242

Dated on August 20, 2007

/s/ Pamela Arnold Bassel
Pamela Arnold Bassel
Stephen G. Wilcox

**SUMMARY OF EXHIBITS**

1. Vehicle Retail Instalment Contract dated January 1, 2007 on a 2002 Mitsubishi Montero, Vehicle Identification Number JA4MW51R92J031863.

2. Certificate of Title on a 2002 Mitsubishi Montero, Vehicle Identification Number JA4MW51R92J031863.

*Copies of Exhibits are available by written request to:

Kim Raudry
Bassel & Wilcox, P.L.L.C.
P.O. Box 11509
Fort Worth, TX 76110-0509
kraudry@basselwilcox.com

1603/00120/111771