**OFFICE OF THE STANDING CHAPTER 13 TRUSTEE**
**6851 N.E. LOOP 820, SUITE 300**
**NORTH RICHLAND HILLS, TEXAS 76180-6608**
**(817) 770-8500**
**FAX (817) 770-8508**

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE NORTHERN DISTRICT OF TEXAS**
**FORT WORTH DIVISION**

**IN RE:**

**RICHARD EDWARD VAN DE CARR**
**DEBRA DEE VAN DE CARR**
**9340 Mountain Lake Cir**
**Ft Worth, TX 76179**

**a/k/a**

**DEBTORS**

**CASE NUMBER: 07-42086-DML**

**CHAPTER 13**

**JUDGE DENNIS MICHAEL LYNN**

**DATE: 01/16/2009**

---

## TRUSTEE'S FINAL REPORT AND ACCOUNT AND NOTICE OF TIME TO OBJECT

---

Tim Truman, Standing Chapter 13 Trustee, submits the following Trustee's Final Report and Account of the administration of the estate pursuant to 11 U.S.C. 1302 (b) (1) and 704 (9) so that the Court may discharge the Trustee pursuant to 11 U.S.C. 350 and Bankruptcy Rule 5009:

| | | | **Total Paid (P&I)** |
|---|---|---|---|
| Debtor Discharged: | | Secured: | $5,564.27 |
| Case Filed: | 05/14/2007 | Priority: | $0.00 |
| Plan Confirmed: | 08/07/2007 | *Unsecured: | $0.00 |

(*Only includes General Unsecured claims which were (a) timely filed, (b) not withdrawn, (c) not disallowed by Court, (d) not paid by third party, (e) not paid as a special class, and (f) not a tax or tax penalty.)

RICHARD EDWARD VAN DE CARR & DEBRA DEE VAN DE CARR, 07-42086-DML

The case was (A) DISMISSED AFTER CONFIRMATION on 11/10/2008.

**TOTAL RECEIPTS by Trustee:** **$6,739.00**

**ADMINISTRATIVE EXPENSES PAID:**

| | |
|---|---|
| Debtor Attorney Fee Paid By Trustee to ROBERT A HIGGINS AND ASSOCIATES: | $505.83 |
| Trustee's Fee & Expenses Paid Pre-Confirmation: | $29.15 |
| Trustee's Fee & Expenses Paid Post-Confirmation: | $301.75 |
| Notice Fee Paid: | $0.00 |
| Clerk's Fee Paid: | $0.00 |
| TOTAL ADMINISTRATIVE EXPENSES PAID: | $836.73 |
| **REFUNDS PAID TO DEBTORS:** | **$338.00** |

**PAID TO CREDITORS BY TRUSTEE:**

| Creditor Name<br>Account Number | Comment | Claim Amount<br>or Treatment | Principal<br>Paid | Interest<br>Paid |
|---|---|---|---|---|
| **Secured** | | | | |
| CREDIT ACCEPTANCE CORP<br>4845 | Order Disallowed/Dir | Pymt Stop | $0.00 | $0.00 |
| EAGLE MOUNTAIN SAGINAW ISD<br>03111148/07 | HOMESTEAD/07 | Direct | $0.00 | $0.00 |
| MITSUBISHI MOTORS CREDIT<br>085011120135 | 02 MITSHI MONTERO | $15,495.12 | $3911.97 | $1,652.30 |
| TARRANT COUNTY TAX COLLECTO<br>TAC03111148/07 | HOMESTEAD/07/WITHDRAWI | Pymt Stop | $0.00 | $0.00 |
| WELLS FARGO LEGAL PRACTICE<br>4266 | HOMESTEAD | Direct | $0.00 | $0.00 |
| **Priority** | | | | |
| *** NONE *** | | | | |
| **Unsecured** | | | | |
| AFNI-BLOOM<br>2008 | Order Disallowed | Pymt Stop | $0.00 | $0.00 |
| AMERICAN EXPRESS<br>2001 | | $3,567.69 | $0.00 | $0.00 |
| AMERICAN EXPRESS<br>2001 | | $982.57 | $0.00 | $0.00 |
| ASSET ACCEPTANCE<br>3229334 | MBNA | $3,928.89 | $0.00 | $0.00 |
| ASSET ACCEPTANCE CORP<br>19441664 | DISCOVER | $1,596.74 | $0.00 | $0.00 |

| Creditor Name<br>Account Number | Comment | Claim Amount<br>or Treatment | Principal<br>Paid | Interest<br>Paid |
|---|---|---|---|---|
| **Unsecured** | | | | |
| B REAL LLC<br>6027 | HOME DEPOT | $1,480.39 | $0.00 | $0.00 |
| BANK ONE | Order Disallowed | Pymt Stop | $0.00 | $0.00 |
| BAYLOR MEDICAL<br>9023 | Order Disallowed | Pymt Stop | $0.00 | $0.00 |
| CADLE COMPANY<br>05151741 | | $12,959.25 | $0.00 | $0.00 |
| CBC/FINANCIAL CREDIT NET<br>8213 | Order Disallowed | Pymt Stop | $0.00 | $0.00 |
| CITI<br>2019 | Order Disallowed | Pymt Stop | $0.00 | $0.00 |
| CITI<br>2019 | Order Disallowed | Pymt Stop | $0.00 | $0.00 |
| CSI<br>1764 | Order Disallowed | Pymt Stop | $0.00 | $0.00 |
| DILLARD NATIONAL BANK<br>0936 | Order Disallowed | Pymt Stop | $0.00 | $0.00 |
| DOCTORS REPORTING SVC<br>2961 | Order Disallowed | Pymt Stop | $0.00 | $0.00 |
| FINANCIAL CORPORATION OF AM<br>5938 | Order Disallowed | Pymt Stop | $0.00 | $0.00 |
| FINANCIAL CORPORATION OF AM<br>3896 | Order Disallowed | Pymt Stop | $0.00 | $0.00 |
| FINANCIAL CORPORATION OF AM<br>7347 | Order Disallowed | Pymt Stop | $0.00 | $0.00 |
| FNANB VISA<br>6439 | Order Disallowed | Pymt Stop | $0.00 | $0.00 |
| ISLAND NATIONAL GROUP<br>1955 | Order Disallowed | Pymt Stop | $0.00 | $0.00 |
| MAXUM HEALTH CORP<br>0640 | Order Disallowed | Pymt Stop | $0.00 | $0.00 |
| PDI MANAGEMENT SERVICES<br>9401 | Order Disallowed | Pymt Stop | $0.00 | $0.00 |
| PERFORMANCE CAPITAL MANAGEM<br>0978 | Order Disallowed | Pymt Stop | $0.00 | $0.00 |
| PORTFOLIO RECOVERY ASSOC<br>8995 | Order Disallowed | Pymt Stop | $0.00 | $0.00 |
| PORTFOLIO RECOVERY ASSOCIAT<br>4024116001845377 | BANK OF AMERICA | $1,506.82 | $0.00 | $0.00 |
| PORTFOLIO RECOVERY ASSOCIAT<br>0052193578995 | SEARS | $1,684.94 | $0.00 | $0.00 |

| Creditor Name<br>Account Number | Comment | Claim Amount<br>or Treatment | Principal<br>Paid | Interest<br>Paid |
|---|---|---|---|---|
| **Unsecured** | | | | |
| SOUTHWEST BANK | Order Disallowed | Pymt Stop | $0.00 | $0.00 |
| SOUTHWESTERN BELL | Order Disallowed | Pymt Stop | $0.00 | $0.00 |
| UNITED REVENUE CORP<br>2150 | Order Disallowed | Pymt Stop | $0.00 | $0.00 |
| UNITED REVENUE CORP<br>0849 | Order Disallowed | Pymt Stop | $0.00 | $0.00 |

Pursuant to Bankruptcy Rule 5009, I certify that the estate has been fully administered.

Wherefore, the Trustee requests a final decree be entered which discharges the Trustee and his surety from any and all liability on account of the above cases, closes the case, and grants such other relief as may be just and proper.

/s/ Tim Truman

Standing Chapter 13 Trustee